DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAKEIA ANN BURNS**,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3397

[August 31, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 502019CF008363AXXXMB.

Carey Haughwout, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We affirm the sentence imposed in this case but withhold the issuance of the mandate pending the Florida Supreme Court's review of *Wilson v. State*, 306 So. 3d 1267 (Fla. 1st DCA 2020), *review granted*, SC20-1870, 2021 WL 1157838 (Fla. Mar. 26, 2021).

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***